No. 375. STACKPOLE SONS, INC., ET AL. *v.* HOUGHTON MIFFLIN Co. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE FRANKFURTER took no part in the consideration and decision of this application. *Messrs. Murray C. Bernays* and *Henry Gale* for petitioners. *Mr. Archie O. Dawson* for respondent.

No. 307. MARSHALL *v.* UNITED STATES. October 23, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. C. Leo DeOrsey, Milton W. King,* and *Bernard I. Nordlinger* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Mr. Sewall Key* for the United States.

No. 335. WESTERN UNION TELEGRAPH CO. ET AL. *v.* PARKER RUST-PROOF CO. ET AL.; and

No. 414. PARKER RUST-PROOF CO. ET AL. *v.* WESTERN UNION TELEGRAPH CO. ET AL. October 23, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Alfred M. Houghton, Wade H. Ellis, Challen B. Ellis,* and *Woodson P. Houghton* for Western Union Telegraph Co. et al. *Messrs. Scott H. Lilly* and *Wilber Owen* for Parker Rust-Proof Co. et al. Reported below: 105 F. 2d 976.